# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOAEC TECHNOLOGIES, LLC,          ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.          ) <br> ) <br> SPOTIFY AB and SPOTIFY USA INC.,          ) <br> ) <br> Defendants.          ) | C.A. No. 18-377-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |

## SPOTIFY USA INC.'S MOTION TO DISMISS

Defendant Spotify USA Inc. respectfully moves this Court for dismissal under Fed. R. Civ. P. 12(b)(6) because the sole asserted patent, U.S. Patent No. 6,232,539, fails to claim patent-eligible subject matter under 35 U.S.C. § 101, and because Plaintiff MOAEC Technologies, LLC fails to plead facts sufficient to state a plausible claim of direct, willful, induced, or contributory infringement. The grounds for this motion are set forth in the Opening Brief in Support, which is being filed contemporaneously herewith.

OF COUNSEL:

Stephani E. Shanberg
Michael Guo
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Tel:  (415) 268-7000

Dated:  May 2, 2018
5766104 / 44964

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  /s/ Stephanie E. O'Byrne
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Spotify USA Inc.*