# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOAEC TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DEEZER S.A. and DEEZER INC,<br><br>    Defendants. | C.A. No. 18-375-LPS |
| MOAEC TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUNDCLOUD LIMITED and SOUNDCLOUD, INC.,<br><br>    Defendants. | C.A. No. 18-376-LPS-CJB |
| MOAEC TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOTIFY USA INC.,<br><br>    Defendant. | C.A. No. 18-377-LPS |

## PLAINTIFF'S MOTION TO AMEND COMPLAINTS

Plaintiff moves to amend (the "Motion") the Complaint filed in each of the above cases.

The grounds for the Motion are set forth in letter briefs filed contemporaneously herewith.

Dated: January 16, 2019

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone : (302) 777-0300
Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Leonard A. Gail (admitted *pro hac vice*)
**Massey & Gail LLP**
50 East Washington Street, Suite 400
Chicago, Illinois 60602
Phone : 312-283-1590
Facsimile : 312-379-0467
lgail@masseygail.com

Christopher L. May (admitted *pro hac vice*)
Jeremy G. Mallory (admitted *pro hac vice*)
**Massey & Gail LLP**
1325 G Street N.W., Suite 500
Washington, DC 20005
Phone : 312-283-1590
Facsimile : 312-379-0467
cmay@masseygail.com
jmallory@masseygail.com

Kenneth M. Goldman (admitted *pro hac vice*)
Massey & Gail LLP
100 Pine Street, Suite 1250
San Francisco, California  94111
Phone  312-283-1590
Facsimile: 312-379-0467
kgoldman@masseygail.com

*Attorneys for Plaintiff*